No. 118. J. O'NEAL SANDEL, ADMINISTRATOR, v. THE STATE OF SOUTH CAROLINA. Error to the Supreme Court of the State of South Carolina. Motion to dismiss or affirm submitted October 19, 1925. Decided October 26, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Iowa Central Ry. Co.* v. *Iowa*, 160 U. S. 389, 393; *Castillo* v. *McConnico*, 168 U. S. 674, 683; *Rawlins* v. *Georgia*, 201 U. S. 638; *Burt* v. *Smith*, 203 U. S. 129, 136; *Standard Oil Co.* v. *Missouri*, 224 U. S. 270, 281; *DeBearn* v. *Safe Deposit Co.*, 233 U. S. 24, 34; *McDonald* v. *Oregon R. R. & Navigation Co.*, 233 U. S. 665, 669–670; *Gasquet* v. *Lapeyre*, 242 U. S. 367, 369, 370. *Messrs. Samuel M. Wolfe* and *A. M. Lumpkin* for the defendant in error, in support of the motion. *Mr. William N. Graydon* for plaintiff in error, in opposition thereto.

----

No. 52. IVER OLBERS v. U. S. SHIPPING BOARD EMERGENCY FLEET CORPORATION ET AL. Error to the Circuit Court of Appeals for the Second Circuit. Argued October 15, 16, 1925. Decided October 26, 1925. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co.*, 222 U. S. 222, 224; *Boehmer* v. *Pennsylvania R. R. Co.*, 252 U. S. 495, 498. *Mr. S. B. Axtell* for plaintiff in error. *Mr. J. Frank Staley*, Special Assistant to the Attorney General, with whom *Solicitor General Beck* and *Assistant Attorney General Letts* were on the brief, for defendants in error.